No. 412. ROY & TITCOMB, INC., *v.* UNITED STATES. Argued December 11, 1930. Decided January 26, 1931. *Per Curiam:* Judgment affirmed. (1) *Stange* v. *United States, ante,* p. 270; *Aiken, Administratrix,* v. *Burnet, Commissioner of Internal Revenue, ante,* p. 277; *W. P. Brown & Sons Lumber Company* v. *Burnet, Commissioner of Internal Revenue, ante,* p. 283; *Burnet, Commissioner of Internal Revenue,* v. *Chicago Railway Equipment Co., ante,* p. 295. (2) *Graham* v. *Goodcell, ante,* p. 409; *Maseot Oil Com-*

*pany, Inc.,* v. *United States ante,* p. 434. *Mr. Sidney P. Simpson,* with whom *Messrs. A. C. Rearick* and *Theodore B. Benson* were on the brief, for petitioner. *Assistant Attorney General Rugg,* with whom *Solicitor General Thacher* and *Messrs. Claude R. Branch,* Special Assistant to the Attorney General, *Lisle A. Smith, Bradley B. Gilman,* and *Erwin N. Griswold* were on the brief, for the United States.